# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  ERNEST J. KING                §      Case No. 13-83720
       BEVERLY A. KING             §
                                   §
             Debtors                §

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 10/31/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 04/04/2014.

6) Number of months from filing or conversion to last payment: 3.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $30,717.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 900.00 | |
| Less amount refunded to debtor | $ 596.01 | |
| **NET RECEIPTS** | | $ 303.99 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 53.99 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 53.99 |
| Attorney fees paid and disclosed by debtor: | $ 3,000.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ERIC PRATT LAW FIRM PC | Lgl | 4,000.00 | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| CHASE AUTO FINANCE | Sec | 1,783.00 | 1,783.00 | 1,783.00 | 167.24 | 82.76 |
| GREEN TREE SERVICING | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| STEPHENSON COUNTY TREASURER | Sec | 5,350.67 | 5,350.67 | 5,350.67 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 1,326.28 | 1,326.28 | 0.00 | 0.00 |
| ABA | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ACCT RCV SVC | Uns | 927.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BELVIDERE REHAB & SPORT MED | Uns | 1,190.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE | Uns | 336.00 | 754.00 | 754.00 | 0.00 | 0.00 |
| CREDIT COLLECTIONS SVC | Uns | 476.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Uns | 1,296.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 3,251.00 | NA | NA | 0.00 | 0.00 |
| DEARBORN NATIONAL | Uns | 113.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC assignee | Uns | 953.00 | 168.61 | 168.61 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 220.00 | 482.67 | 482.67 | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 985.00 | 1,937.85 | 1,937.85 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ECMC | Uns | 0.00 | 7,815.23 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 395.00 | 395.03 | 395.03 | 0.00 | 0.00 |
| FIRST USA | Uns | 3,549.00 | NA | NA | 0.00 | 0.00 |
| GREEN BAY RADIOLOGY | Uns | 560.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Uns | 1,182.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 261.00 | 664.25 | 664.25 | 0.00 | 0.00 |
| JEFFERSON CAPITAL | Uns | 675.00 | NA | NA | 0.00 | 0.00 |
| LYDIA MEYER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MCA MANAGEMENT COMPANY | Uns | 81.00 | 205.94 | 205.94 | 0.00 | 0.00 |
| MCF LEASING LLC | Uns | 2,198.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECT | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,012.00 | 1,115.07 | 1,115.07 | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES PERFORMANCE | Uns | 482.00 | NA | NA | 0.00 | 0.00 |
| RESIDENTIAL CREDIT SLT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RMA / CHECK IT | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 3,251.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HELATH SYSTEMS | Uns | 6,373.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 3,843.00 | 5,555.67 | 5,555.67 | 0.00 | 0.00 |
| ROCKFORD SPINE CENTER | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 330.00 | 330.00 | 330.00 | 0.00 | 0.00 |
| STANISCCONTR | Uns | 154.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Uns | 687.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 675.89 | 675.89 | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECT | Uns | 42.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 28.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 0.00 | 172.00 | 172.00 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 352.86 | 352.86 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 0.00 | 927.54 | 927.54 | 0.00 | 0.00 |
| FIS f/k/a METAVANATE | Uns | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Uns | 0.00 | 20,810.33 | 0.00 | 0.00 | 0.00 |
| ROCK RIVER WATER | Uns | 100.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FED LOAN SERV | Uns | 30,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 219.59 | 219.59 | 0.00 | 0.00 |
| BRAD HOPGOOD | Uns | 0.00 | 1,000,000.00 | 1,000,000.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 122.38 | 122.38 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT&T | Uns | 0.00 | 388.25 | 388.25 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT&T | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 1,783.00 | $ 167.24 | $ 82.76 |
| All Other Secured | $ 5,350.67 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 7,133.67 | $ 167.24 | $ 82.76 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 1,015,89- | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 53.99 |
| Disbursements to Creditors | $ 250.00 |
| **TOTAL DISBURSEMENTS:** | $ 303.99 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  07/22/2014              By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)